**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Wayne** — First Name **Allen** — Middle Name **Powell** — Last Name _____ Suffix (Sr., Jr., II, III) | **Jennifer** — First Name **Denise** — Middle Name **Harper** — Last Name _____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and "doing business as" names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ First Name _____ Middle Name _____ Last Name _____ First Name _____ Middle Name _____ Last Name _____ Business name (if applicable) _____ Business name (if applicable) | **Jennifer** — First Name _____ Middle Name **Harper-Powell** — Last Name _____ First Name _____ Middle Name _____ Last Name _____ Business name (if applicable) _____ Business name (if applicable) |

Debtor 1 **Wayne Allen Powell**
Debtor 2 **Jennifer Denise Harper**                                   Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

About Debtor 1: xxx – xx – 3 2 7 3
OR
9xx – xx – ____ ____ ____ ____

About Debtor 2: xxx – xx – 2 9 2 2
OR
9xx – xx – ____ ____ ____ ____

**4. Your Employer Identification Number (EIN), if any.**

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5. Where you live**

**1911 Mimosa Drive**
Number    Street

**Corsicana        TX    75110**
City            State    ZIP Code

**Navarro**
County

If Debtor 2 lives at a different address:

Number    Street

City            State    ZIP Code

County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City            State    ZIP Code

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City            State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ I have another reason. Explain. (See 28 U.S.C. § 1408.)
**Venue is convenient**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

## Part 2:    Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

Debtor 1 **Wayne Allen Powell**
Debtor 2 **Jennifer Denise Harper** _____  Case number (if known) _____

8. **How you will pay the fee**

   ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

   ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

   ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

   ☐ No
   ☑ Yes.

   District **Nothern Texas Dallas Division**   When **05/04/2020**   Case number **20-31342-MVL**
                                                     MM / DD / YYYY
   District _____   When _____   Case number _____
                                                     MM / DD / YYYY
   District _____   When _____   Case number _____
                                                     MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

    ☑ No
    ☐ Yes.

    Debtor _____   Relationship to you _____
    District _____   When _____   Case number, _____
                                                     MM / DD / YYYY   if known

    Debtor _____   Relationship to you _____
    District _____   When _____   Case number, _____
                                                     MM / DD / YYYY   if known

11. **Do you rent your residence?**

    ☑ No. Go to line 12.
    ☐ Yes. Has your landlord obtained an eviction judgment against you?

        ☐ No. Go to line 12.
        ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Wayne Allen Powell**
Debtor 2   **Jennifer Denise Harper**                         Case number (if known) _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No. Go to Part 4.
☒ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**Cor-Tex Steel**
Name of business, if any

**5651 S Hwy 45**
Number    Street

**Corsicana**                                    **TX**      **75109**
City                                             State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☒ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No
☐ Yes. What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
Number    Street

_____

_____  _____  _____
City                              State   ZIP Code

| | | |
|---|---|---|
| Debtor 1 | **Wayne Allen Powell** | |
| Debtor 2 | **Jennifer Denise Harper** | Case number (if known) _____ |

### Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Wayne Allen Powell**
Debtor 2 **Jennifer Denise Harper**        Case number (if known) _____

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts. _____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☑ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| | | |
|---|---|---|
| Debtor 1 | **Wayne Allen Powell** | |
| Debtor 2 | **Jennifer Denise Harper** | Case number (if known) _____ |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Wayne Allen Powell**
Wayne Allen Powell, Debtor 1

Executed on **03/29/2023**
MM / DD / YYYY

X **/s/ Jennifer Denise Harper**
Jennifer Denise Harper, Debtor 2

Executed on **03/29/2023**
MM / DD / YYYY

Debtor 1 **Wayne Allen Powell**
Debtor 2 **Jennifer Denise Harper**                                          Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Mark S Rubin / Kelli L Johnson**                    Date **03/29/2023**
Signature of Attorney for Debtor                                        MM / DD / YYYY

**Mark S Rubin / Kelli L Johnson**
Printed name

**Rubin & Associates PC**
Firm Name

**13601 Preston Rd**
Number      Street

**Suite 500E**

**Dallas**                                               **TX**          **75240**
City                                                     State         ZIP Code

Contact phone **(214) 760-7777**    Email address _____

**17361550/24053317**
Bar number                                               State

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Wayne Allen Powell**                                                          CASE NO
        **Jennifer Denise Harper**
                                                                                        CHAPTER    **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/29/2023                                        Signature  /s/ Wayne Allen Powell
                                                                  *Wayne Allen Powell*


Date  3/29/2023                                        Signature  /s/ Jennifer Denise Harper
                                                                  *Jennifer Denise Harper*

```
Arrow Lift
PO Box 59306
Dallas  TX  75229


Arrow Lift Rentals
co McFall and Maulsky LLC
4645 Avon Ln  Suite 160B
Frisco, TX  75034


Attorney General  State of Texas
Collections Div  Bankruptcy
PO Box 12017  OAG CSC MC 38
Austin,  TX 78711


AZZ Galvanizing Kennedale LLC
co Mike H Bassett Esq
3838 Oak Lawn Ave  Suite 1300
Dallas  TX  75219


AZZ Galvanizing Kennedale LLC
PO Box 843771
Dallas  TX  75284


Capital One  Bankruptcy
PO Box 30285
Salt Lake City UT  84130 0285


Citi Bank Bankruptcy
PO Box  78045
Phoenix  AZ  85062


Citizens State Bank
PO Box 159
Dawson  TX  76639


Danaan Ltd dba Black Rose
Steel and Trading
co Wells and Cuellar PC
440 Louisiana  Suite 718
Houston  TX  77002
```

```
Dealers Electrical Supply Co
PO Box 2676
Waco  TX  76701



First Premier Bank
PO Box 5529
Sioux Falls  SD  57107



Forward Financing
100 Summer St  Suite 1175
Boston  MA  02110



Forward Line
21700 Oxnard St  Suite 1400
Woodland Hills  CA  91367



Francisco Bay POA
PO Box 39
Kerens  TX  75144



Howard Marc Spector, PC
12770 Coit Road, Suite 1100
Dallas, TX 75251



Howard Marc Spector, PC
12770 Coit Road, Suite 850
Dallas, TX 75251



Intsel Steel Distributors
3000 Braswell Dr
Ft Worth  TX  76111



IRS CIO
PO Box 7346
Philadelphia  PA  19101 7346
```

```
JD Fields and Company Inc
co Thomas Clarke and Assoc
2030 N Loop West  Suite 120
Houston  TX  77018


JD Fields and Company Inc
2727 Kirby Dr  Suite 202
Houston  TX  77098


Kohm and Associates PC
112 E Pecan St  Suite 2810
San Antonio  TX  78205


Linebarger Goggan Blair and Sampson
2777 N Stemmons Frwy Ste 1000
Dallas TX 75207


Martin Showers Smith and McDonald
PO Box 257
Hillsboro  TX  76645


McNichols
2500 N Rocky Point  Suite 750
Tampa  FL  33607


Minor Grating Systems
3835 Singleton Blvd
Dallas  TX  75212


MiraMed Revenue Group
Attn Bankruptcy
991 Oak Creek Drive
Lombard  IL  60148


Navarro County
PO Box 1070
Corsicana  TX  75110
```

```
Navarro Dental Center
1661 W 2nd Ave
Corsicana  TX  75110




Navarro Regional Hospital
PO Box 188
Brentwood  TN  37024




Navient  Correspondence
PO Box 9500
WilkesBarre  PA  18773 9500




PRA Receivables Management LLC
PO Box 41021
Norfolk  VA  23541




Propel Financial Services
PO Box 844319
Dallas  TX  75284




State Comptroller of Public Accounts
111 E 17th St
Austin  TX  78774 0100




Stavros and Kelly PLLC
7200 N Mopac Expwy  Suite 310
Austin  TX  78731




Stavros and Kelly PLLC
3624 North Hills Dr  Suite B100
Austin  TX  78731




Sunbelt Metal Service Inc
co Law Office of Michael Gazette
100 E Ferguson St  Suite 1000
Tyler  TX  75702
```

```
Sunbelt Metal Service Inc
co CT Corporation System
1999 Bryan St  Suite 900
Dallas  TX  75201


Tax Ease
12240 Inwood Rd  Suite 405
Dallas  TX  75244



Texas Workforce Commission
TEC Bldg  Tax Dept
Austin  TX  78778



United States Attorney
Eastern District of Texas
350 Magnolia St  Suite 150
Beaumont  TX  77701 2237


US Attorney General
US Department of Justice
950 Pennsylvania Ave NW
Washington DC  20530 0001


US Attorney General
Department of Justice
Main Justice Building
10th and Constitution Ave NW
Washington  DC  20530

US Department of HUD Title 1
52 Corporate Circle
Albany  NY  12203 5121



US Galvanizaing LLC
co Kenneth M Stillman Esq
12700 Park Central Dr  Suite 1900
Dallas  TX  75251


Veterans Administration
801 Vermont Ave NW
Waco, TX  76799
```

```
William T Neary, U.S. Trustee
Eastern District of Texas
110 N College  Suite 300
Tyler  TX  75702
```

```
William T Neary, U.S. Trustee
Eastern District of Texas
110 N College  Suite 300
Tyler  TX  75702
```