| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 23-40542<br>Eastern District of Texas<br>Sherman<br>Wed Apr 19 08:17:08 CDT 2023 | AZZ Galvanizing Kennedale LLC<br>PO Box 843771<br>Dallas  TX 75284-3771 | AZZ Galvanizing Kennedale LLC<br>co Mike H Bassett Esq<br>3838 Oak Lawn Ave  Suite 1300<br>Dallas  TX 75219-4514 |
| Arrow Lift<br>PO Box 59306<br>Dallas  TX 75229-1306 | Arrow Lift Rentals<br>co McFall and Maulsky LLC<br>4645 Avon Ln  Suite 160B<br>Frisco, TX 75033-1326 | Attorney General  State of Texas<br>Collections Div  Bankruptcy<br>PO Box 12017  OAG CSC MC 38<br>Austin,  TX 78711-2017 |
| Capital One  Bankruptcy<br>PO Box 30285<br>Salt Lake City UT  84130 0285 | Casey Lending LLC<br>PO Box 679027<br>Dallas, TX 75267-9027 | Caz Creek TX LLC<br>PO Box 54132<br>New Orleans, LA 70154-4132 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citizens State Bank<br>PO Box 159<br>Dawson  TX 76639-0159 | Danaan Ltd dba Black Rose<br>Steel and Trading<br>co Wells and Cuellar PC<br>440 Louisiana  Suite 718<br>Houston  TX 77002-1058 |
| Dealers Electrical Supply Co<br>PO Box 2676<br>Waco  TX 76702-2676 | Delta Steel<br>1548 Edgefield Way<br>Cedar Hil, TX 75104-8400 | Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 |
| First Premier Bank<br>PO Box 5529<br>Sioux Falls  SD 57117-5529 | Forward Financing<br>100 Summer St  Suite 1175<br>Boston  MA 02110-2106 | Forward Line<br>21700 Oxnard St  Suite 1400<br>Woodland Hills  CA 91367-3636 |
| Francisco Bay POA<br>PO Box 39<br>Kerens  TX 75144-0039 | Jennifer Denise Harper<br>1911 Mimosa Drive<br>Corsicana, TX 75110-2095 | Howard Marc Spector, PC<br>12770 Coit Road, Suite 1100<br>Dallas, TX 75251-1329 |
| Howard Marc Spector, PC<br>12770 Coit Road, Suite 850<br>Dallas, TX 75251-1364 | Hunter Kelsey III<br>PO Box 679027<br>Dallas, TX 75267-9027 | Hunter-Kelsey of Texas as agent and attorney<br>c/o Howard Marc Spector<br>Spector & Cox, PLLC<br>12770 Coit Road, Suit 850<br>Dallas, TX 75251-1364 |
| IRS CIO<br>PO Box 7346<br>Philadelphia  PA  19101 7346 | (p)INTSEL STEEL<br>ATTN LORI DOYLE<br>11310 WEST LITTLE YORK<br>HOUSTON TX 77041-4917 | JD Fields and Company Inc<br>2727 Kirby Dr  Suite 202<br>Houston  TX 77098-1175 |
| JD Fields and Company Inc<br>co Thomas Clarke and Assoc<br>2030 N Loop West  Suite 120<br>Houston  TX 77018-8132 | Kohm and Associates PC<br>112 E Pecan St  Suite 2810<br>San Antonio  TX 78205-1586 | Linebarger Goggan Blair and Sampson<br>2777 N Stemmons Frwy Ste 1000<br>Dallas TX 75207-2328 |

Martin Showers Smith and McDonald
PO Box 257
Hillsboro  TX 76645-0257

McNichols
2500 N Rocky Point  Suite 750
Tampa  FL 33607-1406

Minor Grating Systems
3835 Singleton Blvd
Dallas  TX 75212-3502

MiraMed Revenue Group
Attn Bankruptcy
991 Oak Creek Drive
Lombard  IL 60148-6408

Navarro County
PO Box 1070
Corsicana  TX 75151-1070

Navarro Dental Center
1661 W 2nd Ave
Corsicana  TX 75110-4107

Navarro Regional Hospital
PO Box 188
Brentwood  TN 37024-0188

Navient  Correspondence
PO Box 9500
WilkesBarre  PA  18773 9500

PRA Receivables Management LLC
PO Box 41021
Norfolk  VA 23541-1021

Wayne Allen Powell
1911 Mimosa Drive
Corsicana, TX 75110-2095

Propel Financial Services
PO Box 844319
Dallas  TX 75284-4319

Propel Financial Services as agent and attor
c/o Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Road, Suit 850
Dallas, TX 75251-1364

Mark S. Rubin
Rubin & Associates, P.C.
13601 Preston Rd
Suite 500E
Dallas, TX 75240-4964

Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Rd
Suite 850
Dallas, TX 75251-1364

State Comptroller of Public Accounts
111 E 17th St
Austin  TX  78774 0100

Stavros and Kelly PLLC
3624 North Hills Dr  Suite B100
Austin  TX 78731-3242

Stavros and Kelly PLLC
7200 N Mopac Expwy  Suite 310
Austin  TX 78731-3267

Sunbelt Metal Service Inc
co CT Corporation System
1999 Bryan St  Suite 900
Dallas  TX 75201-4284

Sunbelt Metal Service Inc
co Law Office of Michael Gazette
100 E Ferguson St  Suite 1000
Tyler  TX 75702-5706

(p)TAX EASE
14901 QUORUM DRIVE
SUITE 900
DALLAS TX 75254-7021

Texas Workforce Commission
TEC Bldg  Tax Dept
Austin  TX 78778-0001

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Attorney General
Department of Justice
Main Justice Building
10th and Constitution Ave NW
Washington  DC 20530-0001

US Attorney General
US Department of Justice
950 Pennsylvania Ave NW
Washington DC  20530 0001

US Department of HUD Title 1
52 Corporate Circle
Albany  NY 12203-5166

US Galvanizaing LLC
co Kenneth M Stillman Esq
12700 Park Central Dr  Suite 1900
Dallas  TX 75251-1508

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

(p)UNITED STATES ATTORNEY'S OFFICE
Attn: Michael W. Lockhart
500 Fannin St, Suite 1250
Beaumont, TX 77701

(p)VETERANS ADMINISTRATION
PO BOX 11930
ST PAUL MN 55111-0930

William T Neary, U.S. Trustee
Eastern District of Texas
110 N College  Suite 300
Tyler  TX 75702-7231

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citi Bank Bankruptcy
PO Box 78045
Phoenix AZ 85062

Intsel Steel Distributors
3000 Braswell Dr
Ft Worth TX 76111

Tax Ease
12240 Inwood Rd Suite 405
Dallas TX 75244

United States Attorney
Eastern District of Texas
350 Magnolia St Suite 150
Beaumont TX 77701 2237

Veterans Administration
801 Vermont Ave NW
Waco, TX 76799

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

(d)IRS CIO
PO Box 7346
Philadelphia, PA 19101 7346

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    59
Bypassed recipients     4
Total                  63