THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WAYNE ALLEN POWELL | § | CASE NO.  23-40542-R |
| XXX-XX-3273 | § | |
| 1911 MIMOSA DRIVE | § | CHAPTER 13 |
| CORSICANA, TX  75110 | § | |
| | § | |
| JENNIFER DENISE HARPER | § | |
| XXX-XX-2922 | § | |
| | § | |
| DEBTORS | § | |

**NOTICE OF CORRECTION TO TRUSTEE'S RECONCILIATION CONCERNING CLAIMS**

**Carey D. Ebert, the Chapter 13 Trustee, files this notice of correction to the Trustee's Reconciliation Concerning Claims that the following items were corrected :**

**Section III of the TRCC is changed to:**

The Trustee is of the opinion that the Plan is feasible and that all claims have been reconciled by the terms of this TRCC without the necessity of a motion to modify or other action by the Debtor (s).

**and**

The following Schedule(s) of the TRCC are modified to reflect the change(s) to the following creditor(s) (all other creditors in the Schedule(s) remain unchanged):

 - Schedule C

                Respectfully submitted,

                /s/ H. Jefferson LeForce
                Carey D. Ebert TBN 05332500
                H. Jefferson LeForce TBN 00791094
                Office of the Standing Chapter 13 Trustee
                500 North Central Expressway, Suite 350
                Plano, Texas  75074
                (972) 943-2580

## Schedule C (Section 3.4 of Plan)
## Trustee to Pay Secured Claims Subject to Section §506 Bifurcation
## ("506 Claims" subject to Cram down)

| CREDITOR | CLAIM NUMBER | CLAIM AMOUNT | CONFIRMED PLAN AMOUNT | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| HOWARD MARC SPECTOR 12770 COIT ROAD SUITE 1100 DALLAS, TX 75251 | | $ 1,930.88 | $1,930.88 | - | $0.00 |
| | | REF: NTC OF POST PETITION FEES TO BE PAID AS SECURED, COLLATERAL VALUED | | | |

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WAYNE ALLEN POWELL | § | CASE NO. 23-40542-R |
| XXX-XX-3273 | § | |
| 1911 MIMOSA DRIVE | § | CHAPTER 13 |
| CORSICANA, TX  75110 | § | |
| | § | |
| JENNIFER DENISE HARPER | § | |
| XXX-XX-2922 | § | |
| | § | |
| DEBTORS | § | |

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing NOTICE OF CORRECTION TO TRUSTEE'S RECONCILIATION CONCERNING CLAIMS has been served upon the following parties in interest on or before the date set forth below by electronic mail and/or by mailing a copy of same to them via first class mail . If no address is listed, no notice was sent to that party.

    WAYNE ALLEN POWELL
    JENNIFER DENISE HARPER
    1911 MIMOSA DRIVE
    CORSICANA, TX  75110

\*    RUBIN & ASSOCIATES PC
    4201 SPRING VALLEY ROAD
    SUITE 1130
    DALLAS, TX  75244

and to the parties on the attached mailing matrix.

Dated:  August 15, 2024          /s/ Carey D. Ebert
                                                 Office of the Standing Chapter 13 Trustee

PLA_TRCC_Master_Correction

ARROW LIFT RENTALS
ATTN: PAYROLL
P.O. BOX 59306
DALLAS, TX  75229

ARROW LIFT RENTALS
CO MCFALL AND MAULSKY LLC
4645 AVON LN  SUITE 160B
FRISCO, TX  75034

ATTORNEY GENERAL
COLLECTIONS DIVISION
BANKRUPTCY DIVISION
PO BOX 12548
AUSTIN, TX  78711-2548

ATTORNEY GENERAL CHILD SUPPORT
ATTN: BANKRUPTCY
PO BOX 12017 CREDIT GROUP
AUSTIN, TX  78711

AZZ GALVANIZING KENNEDALE LLC
PO BOX 843771
DALLAS, TX  75284

AZZ GALVANIZING KENNEDALE LLC
CO MIKE H BASSETT ESQ
3838 OAK LAWN AVE  SUITE 1300
DALLAS, TX  75219

* CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT  84130-0285

CASEY LENDING LLC
PO BOX 679027
DALLAS, TX  75267

CAZ CREEK TX, LLC
PO BOX 54132
NEW ORLEANS, LA  70154

CITI BANK
PO BOX 78045
PHOENIX, AZ  85062

CITIBANK
PO BOX 790034
SAINT LOUIS, MO  63179-0034

CITIZENS BANK N.A.
ONE CITIZENS BANK WAY
MAILSTOP: JCA115
JOHNSTON, RI  02919-1922

CITIZENS STATE BANK
PO BOX 159
DAWSON, TX  76639

DANAAN LTD DBA BLACK ROSE
STEEL AND TRADING
CO WELLS AND CUELLAR PC
440 LOUISIANA  SUITE 718
HOUSTON, TX  77002

DAVID S. KOHM & ASSOCIATES
14131 MIDWAY ROAD, SUITE 120
ADDISON, TX  75001-3617

DEALERS ELECTRICAL SUPPLY CO
PO BOX 2676
WACO, TX  76702

| | |
|---|---|
| DELTA STEEL<br>1548 EDGEFIELD WAY<br>CEDAR HILL, TX  75104 | * FIRST PREMIER BANK<br>PO BOX 5529<br>SIOUX FALLS, SD  57117-5529 |
| * FIRST PREMIER BANK<br>PO BOX 5524<br>SIOUX FALLS, SD  57117-5524 | FORWARD FINANCING<br>100 SUMMER ST.<br>11TH FLOOR<br>BOSTON, MA  02110 |
| FORWARD FINANCING<br>100 SUMMER ST SUITE 1175<br>BOSTON, MA  02110 | FORWARD FINANCING<br>53 STATE STREET, FLOOR 20<br>BOSTON, MA  02109 |
| FORWARD LINE<br>21700 OXNARD STREET<br>SUITE 1400<br>WOODLAND HILLS, CA  91367 | FORWARD LINE FINANCIAL<br>C/O PADFIELD & STONT<br>705 ROSS AVE<br>DALLAS, TX  75201 |
| FRANCISCO BAY POA<br>PO BOX 39<br>KERENS, TX  75144 | HOWARD MARC SPECTOR<br>12770 COIT ROAD SUITE 1100<br>DALLAS, TX  75251 |
| HUNTER KELSEY II LLC<br>7200 N MOPAC EXPY<br>SUITE 120<br>AUSTIN, TX  78731 | HUNTER KELSEY OF TEXAS LLC<br>12672 SILICON DR, STE 150<br>DALLAS, TX  78249 |
| HUNTER-KELSEY IV LLC<br>PO BOX 679027<br>DALLAS, TX  75267 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 |
| * INTERNAL REVENUE SERVICE<br>  CENTRALIZED INSOLVENCY<br>OPERATIONS<br>  PO BOX 7346<br>  PHILADELPHIA, PA  19101-7346 | INTSEL STEEL<br>11310 WEST LITTLE YORK<br>HOUSTON, TX  77041 |
| INTSEL STEEL DISTRIBUTORS<br>3000 BRASWELL DR<br>FT WORTH, TX  76111 | JD FIELDS AND COMPANY INC<br>2727 KIRBY DR  SUITE 202<br>HOUSTON, TX  77098 |

JD FIELDS AND COMPANY INC
CO THOMAS CLARKE AND ASSOC
2030 N LOOP WEST  SUITE 120
HOUSTON, TX  77018

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN  56302-7999

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 772813
CHICAGO, IL  60677

KOHN & ASSOCIATES
112 E PECAN ST
2810
SAN ANTONIO, TX  78205

LINEBARGAR GOGGAN BLAIR &
SAMPSON LLP
2777 N STEMMONS FREEWAY SUITE 1000
DALLAS, TX  75207

LVNV FUNDING LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

MARTIN SHOWERS SMITH AND
MCDONALD
PO BOX 257
HILLSBORO, TX  76645

MCNICHOLS
2500 N ROCKY POINT  SUITE 750
TAMPA, FL  33607

MINOR GRATING SYSTEMS
3835 SINGLETON BLVD
DALLAS, TX  75212

MIRAMED REVENUE GROUP
DEPT 77304
PO BOX 77000
DETROIT, MI  48277

MIRAMED REVENUE GROUP
991 OAK CREEK DR
LOMARD, IL  60148

NAVARRO COUNTY
PO BOX 1070
CORSICANA, TX  75110

NAVARRO COUNTY
LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
2777 N STEMMONS FREEWAY
SUITE 1000
DALLAS, TX  75207

NAVARRO DENTAL CENTER
1661 W 2ND AVE
CORSICANA, TX  75110

NAVARRO REGIONAL HOSPITAL
PO BOX 188
BRENTWOOD, TN  37024

* NAVIENT
PO BOX 9500
WILKES BARRE, PA  18773

OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548, MC-008
AUSTIN, TX  78711

OFFICE OF THE ATTORNEY GENERAL
300 WEST 15TH STREET
WILLIAM P. CLEMENTS BUILDING
AUSTIN, TX  78701

\* PORTFOLIO RECOVERY ASSOCIATES LLC
  PO BOX 41067
  NORFOLK, VA  23541-1067

\* PORTFOLIO RECOVERY ASSOCIATES LLC
  PO BOX 12914
  NORFOLK, VA  23541-2914

PRA RECEIVABLES MANAGEMENT
PO BOX 41021
NORFOLK, VA  23541-1067

PROPEL FINANCIAL SERVICES
P. O. BOX 100350
SAN ANTONIO, TX  78201

PROPEL FINANCIAL SERVICES
PO BOX 679027
DALLAS, TX  75267

PROPEL FINANCIAL SERVICES, LLC
P. O. BOX 844319
DALLAS, TX  75284-4319

QUANTUM3 GROUP LLC
PO BOX 2489
KIRKLAND, WA  98083

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
PO BOX 788
KIRKLAND, WA  98083-0788

\* QUANTUM3 GROUP LLC AS AGENT FOR
  GALAXY INTERNATIONAL PURCHASING LLC
  PO BOX 788
  KIRKLAND, WA  98083-0788

\* RUBIN & ASSOCIATES PC
  4201 SPRING VALLEY ROAD
  SUITE 1130
  DALLAS, TX  75244

\* STATE COMPTROLLER OF PUBLIC ACCOUNTS
  111 E 17TH ST
  AUSTIN, TX  78774-0100

STAVROS & KELLY
3624 NORTH HILLS DR. B-100
AUSTIN, TX  78731

STAVROS AND KELLY
BRIAN BELLAMY
7200 NORTH MOPAC EXPWY
SUITE 310
AUSTIN, TX  78731

SUNBELT METAL SERVICE INC
CO CT CORPORATION SYSTEM
1999 BRYAN ST  SUITE 900
DALLAS, TX  75201

SUNBELT METAL SERVICE INC
CO LAW OFFICE OF MICHAEL GAZETTE
100 E FERGUSON ST  SUITE 1000
TYLER, TX  75702

TAX EASE
14901 QUORUM DRIVE SUITE 900
DALLAS, TX  75254

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
  OFFICE OF THE ATTORNEY GENERAL
  BANKRUPTCY COLLECTIONS DIV.
  P.O. BOX 12548 MC-008
  AUSTIN, TX  78711-2548

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
  REVENUE ACCOUNTING DIV -
  BANKRUPTCY SECTION
  PO BOX 13528
  AUSTIN, TX  78711-3528

PLA_TRCC_Master_Correction

| | |
|---|---|
| TEXAS WORKFORCE COMMISSION<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY COLLECTION DIVISION MC 008<br>P.O. BOX 12548<br>AUSTIN, TX  78711-2548 | * TEXAS WORKFORCE COMMISSION<br>TEC BLDG   TAX DEPT<br>AUSTIN, TX  78778-0001 |
| UNITED STATES ATTORNEY<br>EASTERN DISTRICT OF TEXAS<br>350 MAGNOLIA ST  SUITE 150<br>BEAUMONT, TX  77701 | UNITED STATES ATTORNEY'S OFFICE<br>ATTN: MICHAEL W. LOCKHART<br>500 FANNIN ST., STE 1250<br>BEAUMONT, TX  77701 |
| UNITED STATES ATTORNEY'S OFFICE<br>110 NORTH COLLEGE AVE STE 700<br>TYLER, TX  75702-0204 | US ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH AND CONSTITUTION AVE NW<br>WASHINGTON, DC  20530 |
| US ATTORNEY GENERAL<br>US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC, DC  20530 | US DEPARTMENT OF HUD TITLE 1<br>52 CORPORATE CIRCLE<br>ALBANY, NY  12203 |
| US GALVANIZAING LLC<br>CO KENNETH M STILLMAN ESQ<br>12700 PARK CENTRAL DR  SUITE 1900<br>DALLAS, TX  75251 | VETERANS ADMINISTRATION<br>801 VERMONT AVE NW<br>WACO, TX  76799 |
| VETERANS ADMINISTRATION<br>PO BOX 11930<br>SAINT PAUL, MN  55111 | WILLIAM T NEARY, U.S. TRUSTEE<br>EASTERN DISTRICT OF TEXAS<br>110 N COLLEGE  SUITE 300<br>TYLER, TX  75702 |