**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  23-40542 |
| WAYNE ALLEN POWELL & JENNIFER DENISE HARPER | § | |
| DEBTOR(S), | § | CHAPTER  13 |

**NOTICE OF CHANGE OF ADDRESS**

**FOR LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**

NOTICE is hereby given that the **Dallas**, Texas office of the law firm of LINEBARGER GOGGAN BLAIR & SAMPSON, LLP has moved its offices from 2777 N. Stemmons Freeway, Suite 1000, Dallas, Texas, 75207 to ***3500 Maple Avenue, Suite 800, Dallas, TX 75219.***  All payments and correspondence directed toward the Linebarger Firm's client(s) in this case should now be sent to the new address.

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 9th day of April, 2025, a copy of the above Notice of Address Change was served to those accepting electronic service and or by first-class mail to the parties listed below:

Mark S. Rubin                                      Carey D. Ebert
Rubin & Associates, P.C.                     Office Of Ch 13 Trustee
4201 Spring Valley Rd., Ste 1130        P.O. Box 941166
Dallas, TX 75244                                 Plano, Tx 75094

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219
(214) 880-0089
(214) 754-7167
dallas.bankruptcy@lgbs.com

By:  /s/ Lisa Large Evans
Lisa Large Evans
SBN:  24036379